**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 3-09CR 249-D |
| CHASTITY LYNN FAULKNER (1) | § | |
| MICHAEL BLAINE FAULKNER (2) | § | **Filed Under Seal** |
| BRIAN PATRICK HANEY (3) | § | |
| ERIC BYRON LITTLEJOHN II (4) | § | |
| NATHAN TODD SHAFER (5) | § | |
| MATTHEW NORMAN SIMPSON (6) | § | |
| ALICIA CARGILL SMALLWOOD (7) | § | |
| JASON CARTER WATTS (8) | § | |
| WILLIAM MICHAEL WATTS (9) | § | |

### INDICTMENT

The Grand Jury Charges:

#### Count One
Conspiracy to Exceed Authorized Access to a Protected Computer
(18 U.S.C. §1030(b) (18 U.S.C. §1030(a)(4)))

Beginning in or about March 2003, and continuing until in or about July 2009, in the Dallas Division of the Northern District of Texas and elsewhere, defendants **Chastity Lynn Faulkner, Michael Blaine Faulkner, Brian Patrick Haney, Eric Byron Littlejohn II, Nathan Todd Shafer, Matthew Norman Simpson, Alicia Cargill Smallwood, Jason Carter Watts,** and **William Michael Watts** did knowingly and intentionally conspire and agree with each other and with others known and unknown to

Indictment - Page 1

the Grand Jury, to commit certain offenses against the United States, that is to knowingly and with intent to defraud, exceed authorized access to a protected computer, and by such conduct furthered the intended fraud and obtained anything of value, namely bandwidth minutes provided by various telecommunications companies, such as AT&T, Verizon, XO Communications, SMARTnet VOIP, Waymark Communications, and Grande Communications valued in excess of $12,000,000.00.

In violation of 18 U.S.C. §1030(b) (18 U.S.C. §1030(a)(4)).

<u>Count Two</u>
Forfeiture Allegation
[18 U.S.C. §1030(i) and (j)]

Upon conviction of the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. §1030(i), the defendants **Chastity Lynn Faulkner, Michael Blaine Faulkner, Nathan Todd Shafer,** and **Matthew Norman Simpson** shall forfeit to the United States of America any personal property that was used or intended to be used to commit or to facilitate the commission of such offense, and any real or personal property constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

The above-referenced property subject to forfeiture includes, but is not limited to, the following:

<u>Property</u>

(only the last 4 digits of a financial account number are listed)

1. $25,681.30 in funds contained in Account XXXX8340 in the name of Core IP Networks at Citizens National Bank of Texas, Waxahachie, Texas, seized on or about April 2, 2009.
   [sought from **Matthew Norman Simpson**]

2. $283,431.74 in funds contained in Account XXXX1898 in the name of Simpson Burwell, Ltd. at Citizens National Bank of Texas, Waxahachie, Texas, seized on or about April 2, 2009.
   [sought from **Matthew Simpson**]

3. $2,652.96 in funds contained in Account XXXXXX2104 in the name of Spider Development Corporation at JPMorgan Chase Bank, Dallas, Texas, seized on or about March 11, 2009.
[sought from **Nathan Todd Shafer**]

4. The real property at 8641 Glenturret Drive, Ovilla, Ellis County, Texas.
[sought from **Matthew Simpson**]

5. The total amount of proceeds obtained, directly or indirectly, as a result of the offense.
[sought from all defendants]

## Substitute Assets

Pursuant to 21 U.S.C. §853(p), if any of the above-described real and/or personal property, as a result of any act or omission of the previously-mentioned defendants, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America intends to

seek forfeiture of any other property of the previously-mentioned defendants up to the value of the above-described property subject to forfeiture.

A TRUE BILL:

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas  75242
Telephone:  214.659.8600
candina.heath@usdoj.gov

_____
JOHN DELAGARZA
Assistant United States Attorney
State of Texas Bar No. 00796455
1100 Commerce Street, 3rd Floor
Dallas, Texas  75242
Telephone:  214.659.8600
john.delagarza@usdoj.gov

Indictment - Page 5

**SEALED**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 1 2009

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

CHASTITY LYNN FAULKNER(1)
MICHAEL BLAINE FAULKNER(2)
BRIAN PATRICK HANEY(3)          (3)
ERIC LITTLEJOHN II (4)
NATHAN TODD SHAFER(5)
MATTHEW NORMAN SIMPSON(6)
ALICIA CARGILL SMALLWOOD(7)
JASON C. WATTS (8)
WILLIAM MICHAEL WATTS(9)

SEALED INDICTMENT   **3-09CR 249-D**

18 U.S.C. § 1030(b)(18 U.S.C. § 1030(a)(4)
Conspiracy to Exceed Authorized Access to a Protected Computer

18 U.S.C. 1030(i) and(j); 21 U.S.C. § 853(a) and (p); 28 U.S.C. § 2461;
18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)
Forfeiture Allegation

2 Counts

A true bill rendered:

DALLAS                                                                FOREPERSON

Filed in open court this _____ day of _____, A.D. 2009.

_____
                                                                  Clerk

ISSUE ARREST WARRANTS: CHASTITY LYNN FAULKNER; MICHAEL BLAINE FAULKNER; BRIAN PATRICK HANEY; ERIC LITTLEJOHN II; NATHAN TODD SHAFER; MATTHEW NORMAN SIMPSON; ALICIA CARGILL SMALLWOOD; JASON C. WATTS; WILLIAM MICHAEL WATTS

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Complaint Pending

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   ---

   **Related Case Information**

   Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

   Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

   Search Warrant Case Number 3:09-MJ-75; 3:09-MJ-76; 3:09-MJ-77; 3:09-MJ-78;
   3:09-MJ-79; 3:09-MJ-112; 3:09-MJ-113; 3:09-MJ-114; 3:09-MJ-115; 3:09-MJ-118

   R 20 from District of N/A   Magistrate Case Number N/A

   ---

   Defendant Name: CHASTITY LYNN FAULKNER (1)

   Alias Name: f/k/a Chastity Lynn Tutor

   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   Candina S. Heath   Bar # 09347450

   *RECEIVED SEP - 1 2009 CLERK, U.S. DISTRICT NORTHERN DISTRICT OF T*

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: Issue arrest warrant

   ☐ Already in Federal Custody _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  2    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1030(b)<br>18 U.S.C. § 1030(a)(4) | Conspiracy to Exceed Authorized Access to a Protected Computer | 1 |
   | 18 U.S.C. § 1030(i) and (j);<br>21 U.S.C. § 853(a) and (p);<br>28 U.S.C. § 2461;<br>18 U.S.C. §§ 981(a)(1)(C) and 982 (a)(2) | Forfeiture Allegation | 2 |

   Date 8-3-09   Signature of AUSA: _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:_____

Search Warrant Case Number 3:09-MJ-75;3:09-MJ-76;3:09-MJ-77;3:09-MJ-78; 3:09-MJ-79;3:09-MJ-112;3:09-MJ-113;3:09-MJ-114;3:09-MJ-115;3:09-MJ-118

R 20 from District of N/A   Magistrate Case Number N/A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name: MICHAEL BLAINE FAULKNER (2)

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   Candina S. Heath     Bar # 09347450

   RECEIVED SEP - 1 2009 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: Issue arrest warrant

   ☐ Already in Federal Custody _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2   ☐ Petty ☐ Misdemeanor ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1030(b)<br>18 U.S.C. § 1030(a)(4) | Conspiracy to Exceed Authorized Access to a Protected Computer | 1 |
   | 18 U.S.C. § 1030(i) and (j);<br>21 U.S.C. § 853(a) and (p);<br>28 U.S.C. § 2461;<br>18 U.S.C. §§ 981(a)(1)(C) and 982 (a)(2) | Forfeiture Allegation | 2 |

   Date 8-31-09   Signature of AUSA: _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number: _____

Search Warrant Case Number 3:09-MJ-75;3:09-MJ-76;3:09-MJ-77;3:09-MJ-78; 3:09-MJ-79;3:09-MJ-112;3:09-MJ-113;3:09-MJ-114;3:09-MJ-115;3:09-MJ-118

R 20 from District of N/A    Magistrate Case Number N/A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name: BRIAN PATRICK HANEY (3)

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   Candina S. Heath    Bar # 09347450

   RECEIVED SEP - 1 2009 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: Issue arrest warrant

   ☐ Already in Federal Custody ____ in ____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1030(b) | Conspiracy to Exceed Authorized Access | 1 |
   | 18 U.S.C. § 1030(a)(4) | to a Protected Computer | |

   Date 8-31-09    Signature of AUSA: _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number: _____

Search Warrant Case Number 3:09-MJ-75; 3:09-MJ-76; 3:09-MJ-77; 3:09-MJ-78; 3:09-MJ-79; 3:09-MJ-112; 3:09-MJ-113; 3:09-MJ-114; 3:09-MJ-115; 3:09-MJ-118

R 20 from District of N/A    Magistrate Case Number N/A

1. **Defendant Information**

    Juvenile: ☐ Yes ☒ No

    If Yes, Matter to be sealed:

    ☒ Yes    ☐ No

    Defendant Name: ERIC BYRON LITTLEJOHN, II (4)

    Alias Name: _____

    Address: _____

    County in which offense was committed: Dallas

2. **U.S. Attorney Information**

    Candina S. Heath    Bar # 09347450

    RECEIVED SEP - 1 2009 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3. **Interpreter**

    ☐ Yes    ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

    Arrest Date: Issue arrest warrant

    ☐ Already in Federal Custody _____ in _____
    ☐ Already in State Custody
    ☐ On Pretrial Release

5. **U.S.C. Citations**

    Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1030(b) | Conspiracy to Exceed Authorized Access | 1 |
| 18 U.S.C. § 1030(a)(4) | to a Protected Computer | |

Date 8-31-09    Signature of AUSA: _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number: _____

Search Warrant Case Number 3:09-MJ-75;3:09-MJ-76;3:09-MJ-77;3:09-MJ-78; 3:09-MJ-79;3:09-MJ-112;3:09-MJ-113;3:09-MJ-114;3:09-MJ-115;3:09-MJ-118

R 20 from District of N/A    Magistrate Case Number N/A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed: ☒ Yes ☐ No

   Defendant Name: NATHAN TODD SHAFER (5)

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   Candina S. Heath    Bar # 09347450

   RECEIVED SEP - 1 2009 CLERK, U.S. DIST. NORTHERN DIST.

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: Issue arrest warrant

   ☐ Already in Federal Custody _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1030(b)<br>18 U.S.C. § 1030(a)(4) | Conspiracy to Exceed Authorized Access to a Protected Computer | 1 |
   | 18 U.S.C. § 1030(i) and (j);<br>21 U.S.C. § 853(a) and (p);<br>28 U.S.C. § 2461;<br>18 U.S.C. §§ 981(a)(1)(C) and 982 (a)(2) | Forfeiture Allegation | 2 |

   Date 8-31-09    Signature of AUSA: [signature]

*Criminal Case Cover Sheet*  Revised 3/5/98

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number 3:09-MJ-75; 3:09-MJ-76; 3:09-MJ-77; 3:09-MJ-78; 3:09-MJ-79; 3:09-MJ-112; 3:09-MJ-113; 3:09-MJ-114; 3:09-MJ-115; 3:09-MJ-118

R 20 from District of N/A   Magistrate Case Number N/A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name: MATTHEW NORMAN SIMPSON (6)

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   Candina S. Heath   Bar # 09347450

   RECEIVED SEP - 1 2009   CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: Issue arrest warrant

   ☐ Already in Federal Custody _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2   ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1030(b)<br>18 U.S.C. § 1030(a)(4) | Conspiracy to Exceed Authorized Access to a Protected Computer | 1 |
   | 18 U.S.C. § 1030(i) and (j);<br>21 U.S.C. § 853(a) and (p);<br>28 U.S.C. § 2461;<br>18 U.S.C. §§ 981(a)(1)(C) and 982 (a)(2) | Forfeiture Allegation | 2 |

   Date 8-31-09   Signature of AUSA: _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:_____

Search Warrant Case Number 3:09-MJ-75;3:09-MJ-76;3:09-MJ-77;3:09-MJ-78; 3:09-MJ-79;3:09-MJ-112;3:09-MJ-113;3:09-MJ-114;3:09-MJ-115;3:09-MJ-118

R 20 from District of  N/A    Magistrate Case Number  N/A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes  ☐ No

   Defendant Name           ALICIA CARGILL SMALLWOOD (7)

   Alias Name

   Address

   County in which offense was committed:        Dallas

2. **U.S. Attorney Information**

   Candina S. Heath                Bar # 09347450

   RECEIVED SEP - 1 2009 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date: Issue arrest warrant

   ☐ Already in Federal Custody _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1030(b) | Conspiracy to Exceed Authorized Access | 1 |
   | 18 U.S.C. § 1030(a)(4) | to a Protected Computer | |

   Date  8-31-09            Signature of AUSA:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number: _____

Search Warrant Case Number 3:09-MJ-75; 3:09-MJ-76; 3:09-MJ-77; 3:09-MJ-78; 3:09-MJ-79; 3:09-MJ-112; 3:09-MJ-113; 3:09-MJ-114; 3:09-MJ-115; 3:09-MJ-118

R 20 from District of N/A    Magistrate Case Number N/A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No
   If Yes, Matter to be sealed: ☒ Yes ☐ No

   Defendant Name: JASON CARTER WATTS (8)
   Alias Name: _____
   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   Candina S. Heath    Bar # 09347450

   RECEIVED SEP - 1 2009 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: Issue arrest warrant

   ☐ Already in Federal Custody _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1030(b) | Conspiracy to Exceed Authorized Access | 1 |
   | 18 U.S.C. § 1030(a)(4) | to a Protected Computer | |

   Date 8-31-09    Signature of AUSA: _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number 3:09-MJ-75; 3:09-MJ-76; 3:09-MJ-77; 3:09-MJ-78; 3:09-MJ-79; 3:09-MJ-112; 3:09-MJ-113; 3:09-MJ-114; 3:09-MJ-115; 3:09-MJ-118

R 20 from District of N/A   Magistrate Case Number N/A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed: ☒ Yes ☐ No

   Defendant Name: WILLIAM MICHAEL WATTS (9)

   Alias Name: ___

   Address: ___

   County in which offense was committed: Dallas

   *RECEIVED SEP - 1 2009 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS*

2. **U.S. Attorney Information**

   Candina S. Heath       Bar # 09347450

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: ___

4. **Location Status**

   Arrest Date: Issue arrest warrant

   ☐ Already in Federal Custody ___ in ___
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1   ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 18 U.S.C. § 1030(b) | Conspiracy to Exceed Authorized Access | 1 |
   | 18 U.S.C. § 1030(a)(4) | to a Protected Computer | |

   Date 8-31-09       Signature of AUSA: [signature]