IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN PATRICK HANEY (3) | § | No. 3:09-CR-249-D |
| ERIC BYRON LITTLEJOHN II (4) | § | |
| NATHAN TODD SHAFER (5) | § | |
| MATTHEW NORMAN SIMPSON (6) | § | |
| ALICIA CARGILL SMALLWOOD (7) | § | |

SUPPLEMENTAL CERTIFICATE OF CONFERENCE FOR THE
MOTION TO HAVE CASE DECLARED COMPLEX
AND TO CONTINUE TRIAL DATE

The United States of America respectfully files this its Supplemental Certificate of

Conference for the above referenced Motion, certifying that on October 6, 2009, Brian

Patrick Haney opposed the government's motion.

Respectfully submitted,

JAMES T. JACKS
United States Attorney

S/ Candina S. Heath
CANDINA S. HEATH
Assistant United States Attorney
Texas State Bar. No. 09347450
1100 Commerce Street, 3d Floor
Dallas, Texas  75242
Telephone: 214.659.8600

**Supplemental Certificate of Conference (Haney)**

## <u>CERTIFICATE OF SERVICE</u>

_____I hereby certify that on October 6, 2009, I mailed a copy of this motion by United

States mail to the attorneys of record for the defendants: to George Milner III (Haney),

Sam Ogan (Littlejohn), Craig Jett (Shafer), Daniel Hagood and Robert Webster

(Simpson), and David Jordan (Smallwood).

<u>S/ Candina S. Heath</u>
CANDINA S. HEATH
Assistant United States Attorney

**Supplemental Certificate of Conference (Haney)**